IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:21-CR-00285 |
| v. | § | |
| | § | Judge Mazzant |
| TOMAS DEHOYOS | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the defendant, **TOMAS DEHOYOS**, and the government have entered into a plea in relation to the charges now pending before this Court.

> Respectfully submitted,
>
> DAMIEN M. DIGGS
> United States Attorney
>
> */s/ Matthew T. Johnson*
> MATTHEW T. JOHNSON
> Assistant United States Attorney
> 600 E. Taylor St., Suite 2000
> Sherman, Texas 75090
> (903) 868-9454
> Matthew.Johnon2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on May 3, 2024.

> */s/ Matthew T. Johnson*
> MATTHEW T. JOHNSON
> Assistant United States Attorney