IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | No. 4:21-CR-00285 |
| v. § | |
| § | Judge Mazzant |
| TOMAS DEHOYOS § | |

## **ELEMENTS OF THE OFFENSE**

The defendant is charged in Count Four of the Fourth Superseding Indictment with a violation of 21 U.S.C. § 846, Conspiracy to Possess with the Intent to Distribute Fentanyl. The essential elements which must be proven to establish the offense are as follows:

First: That the defendant and one or more persons, in some way or manner made an agreement to commit the crime charged in the Fourth Superseding Indictment, that is, to possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of Fentanyl;

Second: That the defendant knew of the unlawful purpose of the agreement;

Third: That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose;

Fourth: That the overall scope of the conspiracy involved 400 grams or more of a mixture or substance containing a detectable amount of Fentanyl; and

Fifth: That the defendant knew or reasonably should have known that the scope of the conspiracy involved 400 grams or more of a mixture of substance containing a detectable amount of Fentanyl.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY


/s/ Matthew T. Johnson
MATTHEW T. JOHNSON
Assistant United States Attorney
600 East Taylor St.., Suite 2000
Sherman, Texas 75090
(903) 868-9454
Matthew.Johnson2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on May 3, 2024.


/s/ Matthew T. Johnson
MATTHEW T. JOHNSON
Assistant United States Attorney