IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:21-CR-00285 |
| v. | § | |
| | § | Judge Mazzant |
| TOMAS DEHOYOS | § | |

## FACTUAL BASIS

The defendant, **TOMAS DEHOYOS**, hereby stipulates and agrees that at all times relevant to the Fourth Superseding Indictment herein, the following facts were true:

1. That the defendant, **TOMAS DEHOYOS**, who is changing their plea to guilty, is the same person charged in the Fourth Superseding Indictment.

2. That the crime charged in the Fourth Superseding Indictment, took place in the Eastern District of Texas and elsewhere.

3. That **TOMAS DEHOYOS** and one or more persons in some way or manner made an agreement to commit the crime charged in the Fourth Superseding Indictment, conspiracy to possess with the intent to distribute at least 4 kilograms, but less than 12 kilograms of a mixture or substance containing a detectable amount Fentanyl.

4. That **TOMAS DEHOYOS** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

5. That **TOMAS DEHOYOS** knew that the amount involved during the term of the conspiracy involved at least 4 kilograms, but less than 12 kilograms of a

mixture or substance containing a detectable amount of Fentanyl. This amount was involved in the conspiracy after the defendant entered the conspiracy, was reasonably foreseeable to the defendant and was part of jointly undertaken activity.

6. That **TOMAS DEHOYOS**'s role in this conspiracy was to supply co-conspirators with kilogram quantities of Fentanyl from various sources which would then be distributed to other co-conspirators and co-defendants during the term of the conspiracy in the Eastern and Northern Districts of Texas.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7. I have read this Factual Basis and the Fourth Superseding Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: Feb 28th 2024

TOMAS DEHOYOS
Defendant

### COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

8. I have read this Factual Basis and the Fourth Superseding Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Fourth Superseding Indictment.

Dated: 4.29.2024

MANDY MOORE
Attorney for the Defendant